Submitted on record and briefs January 31, affirmed April 5, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## ERIC DWAYNE COOK,
*Appellant.*

01C-50574; A119243

132 P3d 680

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jennelle M. Barton, Deputy Defender, Office of Public Defense Services, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and David F. Coursen, Assistant Attorney General, filed the brief for respondent. Anna M. Joyce, Assistant Attorney General, filed the supplemental brief.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.